UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 14-cr-40028-TSH |
| | ) |
| JAMES MERRILL, | ) |
|     Defendant | |

# JAMES MERRILL'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant James Merrill, by and through undersigned counsel, and hereby moves the Court for an order modifying Mr. Merrill's conditions of release as follows: (1) permitting Mr. Merrill's son, Curran (21 years of age), to temporarily serve as the third-party custodian in this case so that Mr. Merrill's wife can travel (a) to Wisconsin from June 23 to July 3 to assist her parents move into an Assisted Living home and (b) to Mississippi from July 20 to July 25 on a mission trip with her church, and (2) permitting Mr. Merrill to travel with his wife to a wedding in Maine, leaving home on July 18 and returning home on July 20, 2015.

The government assents to the requests made herein.

Pretrial Services does not assent to Mr. Merrill's travel to Maine for the wedding.

Wherefore, the defendant respectfully requests that the instant motion be allowed.

Respectfully submitted,
JAMES MERRILL,
By his Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: June 17, 2015

## Certificate of Service

    I, Robert M. Goldstein, hereby certify that on this date, June 17, 2015, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Andrew Lelling and Cory Flashner.

**/s/ Robert M. Goldstein**
Robert M. Goldstein